# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA            *

                                          DOCKET NO: ELH-22-329

   V.                                 *

Steven Lawrence Silverman            *

## O R D E R

On March 14, 2024, William Dixon, a probation officer in the United States Probation and Pretrial Services Office for the District of Maryland, received a "Subpoena" from the Commonwealth of Pennsylvania, County of Adams, regarding Steven Lawrence Silverman, a supervisee in the District of Maryland in case ELH-22-329. The Subpoena seeks the testimony of Mr. Dixon and "any and all information . . . ."

Pursuant to Local Rule 213 (1)(b), and in accordance with Guide to Judiciary Policy, Vol. 20, Chapter 8, § 850(a), "except in the most unusual circumstances, the Court shall order that the probation officer be excused from honoring the subpoena or other judicial process, and that the requested disclosure not be made."

The Subpoena referred to herein does not satisfy the requirements of the federal judiciary's disclosure regulations. *See* Guide to Judiciary Policy, Vol. 20, Ch. 8, § 830(a). Therefore, United States Probation Officer William Dixon may provide testimony solely for the purpose of identification of the defendant. Accordingly,

**IT IS HEREBY ORDERED** this 22nd day of March 2024, by the United States District Court for the District of Maryland that the United States Probation and Pretrial Services Office of this Court is directed to comply with said Subpoena, limited to identification purposes.

                                                              /s/
                                               The Honorable Ellen L. Hollander
                                               United States District Judge